

# Fourth Court of Appeals
## San Antonio, Texas

July 8, 2022

No. 04-22-00357-CV

**IN THE INTEREST OF L.R.R. AND A.P.R.**, Children

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-00430
Honorable Linda A. Rodriguez, Judge Presiding

## O R D E R

The reporter's record was due on June 24, 2022. After the due date, court reporter Kelly Grossman notified this court that she has not received a Designation of Court Reporter's Record or payment for the record. Appellant has also not filed a docketing statement as required. *See* TEX. R. APP. P. 32.1

We **order** Appellant to provide written proof to this court within **ten days** of the date of this order that Appellant has requested a copy of the reporter's record.

If Appellant fails to respond within the time provided, or opts to proceed without a reporter's record, Appellant must file a brief with this court within **twenty days** of the date of this order, and the court will only "consider and decide those issues or points [raised in Appellant's brief] that do not require a reporter's record for a decision." *See id.* R. 37.3(c).

If Appellant timely complies with this order, the reporter's record will be due not later than **ten days** from the date Appellant files written proof showing compliance with this order. *See id.* R. 35.3(c) (limiting an extension of time to file the record in an accelerated appeal to ten days).

It is so **ORDERED** on this 8th day of July, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court